**UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 16-36459** |
| **JEFFREY ROBERT KASTENDIECK** | § | **(Chapter 7)** |
| **Debtor** | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS, AND ORDERS**

   **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

**COOLEY CONSTRUCTION, LLC**, a noticed creditor and party in interest herein, and

pursuant to 11 U.S.C. § 342 and FED. R. BANKR. P. 2002, 9007 and 9010 hereby requests that all

notices given or required to be given in this case, and all papers served or required to be served

in this case, be served upon Cooley Construction, LLC by and through:

Kenneth M. Krock
Federal ID No. 20449
Terri S. Morgan
Federal ID No. 10591
Megan N. Brown
Federal ID No. 1588432
**Rapp & Krock, PC**
1980 Post Oak Blvd, Suite 1200
Houston, Texas 77056
(713) 759-9977 telephone
(713) 759-9967 facsimile
kkrock@rk-lawfirm.com
tmorgan@rk-lawfirm.com
mbrown@rk-lawfirm.com

   **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and

papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes,

without limitation, notices of any applications, complaint, demand, hearing, motion, petition,

pleading or request, whether formal or informal, whether written or oral, and whether transmitted

or conveyed by mail, telephone, electronically or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices, Pleadings, and Orders shall not be deemed or construed as Cooley Construction, LLC's (a) waiver of the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding so eligible in this case or in any case, controversy, or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs, or recoupments which Cooley Construction, LLC has or may hereafter obtain, in law or in equity, all of which rights, claims, actions defenses, setoffs, and recoupments Cooley Construction, LLC expressly reserves.  This Notice of Appearance and Request for Service of Notices, Pleadings, and Orders is not, and shall not be construed to be, a consent by Cooley Construction, LLC pursuant to 28 U.S.C. § 157(c)(2).

Dated: January 3, 2017.

Respectfully submitted

   */s/ Kenneth M. Krock*

Kenneth M. Krock
State Bar No. 00796908
Federal ID No. 20449
Rapp & Krock, PC
1980 Post Oak Blvd, Suite 1200
Houston, Texas 77056
(713) 759-9977 telephone
(713) 759-9967 facsimile
kkrock@rk-lawfirm.com

Of Counsel:
Terri S. Morgan
State Bar No. 08286500
Federal ID No. 10591
Megan N. Brown
State Bar No. 24078269
Federal ID No. 1588432
RAPP & KROCK, PC
1980 Post Oak Blvd, Suite 1200
Houston, Texas 77056
(713) 759-9977 telephone
(713) 759-9967 facsimile
tmorgan@rk-lawfirm.com
mbrown@rk-lawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that, on this 3rd day of January 2017, I have served a true and correct copy of the foregoing Notice of Appearance on counsel of record by the following means:

**Debtor:**                                           *Via Regular First Class US Mail*
Jeffrey Robert Kastendieck
One Waterway Ave #1341
Spring, Texas 77380

**Debtor's Attorney:**                        *Via ECF Electronic Notice*
Donald L. Wyatt
Law Offices of Donald L. Wyatt Jr PC
26418 Oak Ridge Rd
The Woodlands, Texas 77380

**Chapter 7 Trustee:**                         *Via ECF Electronic Notice*
Allison D. Byman
Hughes Watters Askanase LLP
1201 Louisiana, Suite 2800
Houston, Texas 77002

**U.S. Trustee**                                  *Via ECF Electronic Notice*
U.S. Trustee
Office of the US Trustee
515 Rusk, 3rd Floor, Suite 3516
Houston, Texas 77002

**Frost Bank**                                    *Via ECF Electronic Notice*
James E. Cuellar
Wells Cuellar PC
440 Louisiana, Suite 718
Houston, Texas 77002

**All Other Creditors and**                  *Via Regular First Class US Mail*
**Parties in Interest**
See attached list setting
forth names and addresses

                                            */s/ Kenneth M. Krock*
                                           Kenneth M. Krock

220 Concrete Staining of Texas
1100 Lake Pool Road
Shepherd, TX 77371-6306

Action Mobile Industries, LLC
200 W. River Dr.
St. Charles, IL 60174-5535

Alamo Concrete
c/o Schmidt and Wenzel, PC
14350 Northbrook Dr #245
San Antonio, TX 78232-5062

Altus GTS Inc
P.O. Box 1389
Kenner, LA 70063-1389

Andrea Bennett
5619 Edgewood Place Dr
Spring, TX 77379-6485

Ashton Sawing and Drilling
c/o Beard & Lane
12841 Jones Road Ste 100
Houston, TX 77070-4628

Bank of America
P.O Box 15220
Wilmington, DE 19886-5220

Briggs Equipment Inc
c/o Sammons Corporation
5949 Sherry Lane, Ste 1900
Dallas, TX 75225-8015

CT Lien Solution
2727 Allen Parkway, Ste 100
Houston, TX 77019-2120

Frost Bank
c/o James E Cuellar
440 Louisiana, Ste 718
Houston, TX 77002-1637

ARC
P.O. Box 203890
Dallas, TX 75320-3890

Advantage America
615 Rankin Circle North
Houston, TX 77073-4309

Ally Financial
P.O. Box 380901
Bloomington, MN 55438-0901

Altus GTS Inc.
2400 Veterans Blvd Ste. 300
Kenner, LA 70062

Apex Conventional Stucco
c/o Lovein Ribman, PC
109 River Oaks Dr. Ste 100
Southlake, TX 76092-6792

Ashton Sawing and Drilling, LLC
P.O. Box 1709
Conroe, TX 77305-1709

Barclays Bank Delaware
P.O. Box 8801
Wilmington, DE 19899-8801

Briggs Equipment Inc.
c/o Bobby Kolenovsky
6301 Gaston Ave Ste 540
Dallas, TX 75214-3922

Capital One Bank
Darlene L. Becnel
3840 Hwy 22, Ste 302
Mandeville, LA 70471-7301

United States Bankruptcy Court
P.O. Box 61010
Houston, TX 77208-1010

Action Gypsum Supply
P.O. Box 40010
Houston, TX 77240-0010

Advantage America
c/o Richard S. Brown, Atty
307 N. San Jancinto
Conroe, TX 77301-2845

Alpha Testing
6513 W. Little York Rd
Houston, TX 77040-4801

American Express
20022 North 31st Ave
Phoenix, AZ 85027-3902

Apex Conventional Stucco, LLC
12822 Coolgreen
Houston, TX 77013-4510

Bank of America
NC4-105-03-14
P.O. Box 26012
Greensboro, NC 27420-6012

Big Ass Solutions
P.O. Box 638767
Cincinnati, OH 45263-8767

CHTD Company
P.O. Box 2576
Springfield, IL 62708-2576

Charlie's Electric, LLC
1815 Corral Dr.
Houston, TX 77090-2008

Chase Card Services
Correspondence Dept.
P.O. Box 15278
Wilmington, DE 19850-5278

Comcast
P.O. Box 660618
Dallas, TX 75266-0618

US Bank
P.O. Box 5229
Cincinnati, OH 45201-5229

Cooley Construction, LLC
15115 FM 1488
Magnolia, TX 77354-1214

Credit and Collections
5700 Las Positas Road
Livermore, CA 94551-7806

Direct Capital
155 Commerica Way
Portsmouth, NH 03801-3243

Exclusive Furniture
21018 West Belfort
Houston, TX 77407

Frost
P.O. Box 34746
San Antonio, TX 78265-4746

Harris County Appraisal District
P.O. Box 922007
Houston, TX 77292-2007

IPFS Corporation
30 Montgomery Street, Ste 1000
Jersey City, NJ 07302-3865

Citibank/Best Buy
Citicorp/Centralized Bankruptcy
P.O. Box 790040
St. Louis, MO 63179-0040

Comenity Bank
P.O. Box 182125
Columbus, OH 43218-2125

Comerica Cardmember Service
P.O. Bo 6361
Fargo, ND 58125-6361

Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

Cypress Fairbanks ISD
10494 Jones Rd Ste 106
Houston, TX 77065-4210

Elan Financial Service
4 Station Square Ste 620
Pittsburg, PA 15219

Exclusive Furniture, LP
11011 Westbrae Pkwy
Houston, TX 77031-3810

Frost Bank
P.O. Box 1600
San Antonio, TX 78296-1600

Harris County Tax Assessor
P.O. Box 3547
Houston, TX 77253-3547

IPFS Corporation
3000 RDU Center Dr., Ste 100
Morrisville, NC 27560-7643

City of Houston Public Works
611 Walker
Houston, TX 77002-4903

Comerica
P.O. Box 650282
Dallas, TX 75265-0282

Convergent Commercial Inc
925 Westchester Ave Ste 101
White Plains, NY 10604-3562

Crawford
7390 Northcourt Rd
Houston, TX 77040-4379

Delta T. Corporation
2348 Innovation Dr.
P.O. Box 11307
Lexington, KY 40575-1307

Exclusive Furniture
11011 Westbrae Pkwy
Houston, TX 77031-3810

Ford Motor Credit
3660 Regent Blvd
Irving, TX 75063-2202

Gregory Rincon
3401 Allen Parkway, Ste 100
Houston, TX 77019-1857

Hovis Surveying Company, Inc.
5000 Cabbage Street
Spring, TX 77379-4924

Identity Architects
111 Travis St.
Houston, TX 77002-1740

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lacy Kastendieck
9811 Oxted Lane
Spring, TX 77379-6627

Law Offices of Lauren Serper, PC
3405 Edloe St., Ste 200
Houston, TX 77027-6513

Millennium Waterway Apartments
One Waterway Ave
Spring, TX 77380-3449

Mobile Modular
P.O. Box 45043
San Francisco, CA 94145-5043

New Nurseries Bingle, LLC
5110 Bingle Rd
Houston, TX 77092-3104

New Nurseries Bingle, LLC
c/o Andrew McStay, Reg. Agent
5100 Westheimer Rd., Ste 131
Houston, TX 77056-5507

Newton Nurseries
846 W 27th Street
Houston, TX 77008-1706

Newton Nurseries Bingle, LLC
846 W. 27th Street
Houston, TX 77008-1706

Nordstrom FSB
Correspondence
P.O. Box 6555
Englewood, CO 80155-6555

Jeffrey Layer
1423 Wagon Gap Trail
Houston, TX 77090-1801

Lacy M. Kastendieck
One Waterway Ave #1341
Spring, TX 77380-3458

Linebarger Goggan Blair and Sampson
P.O. Box 3064
Houston, TX 77253-3064

Miner Ltd
118 Commercial Circle
Conroe, TX 77304-2204

Natalie Poranski
8787 Shenandoah Park Dr., #301
Conroe, TX 77385-5051

New Nurseries Bingle, LLC
846 W. 27th St.
Houston, TX 77008-1706

New Nurseries Central
5110 Bingle Rd
Houston, TX 77092-3104

Newton Nurseries
846 West 27th Street
Houston, TX 77008-1706

Newton Nurseries Central
846 W. 27th St.
Houston, TX 77008-1706

Overhead Door
118 Commercial Circle
Conroe, TX 77304-2204

KACI Real Estate Development, LLC
One Waterway Ave #1341
Spring, TX 77380-3458

Law Offices of Gregory Rincon
3401 Allen Parkway, Ste 100
Houston, TX 77019-1857

Melton and Melton LLP
6002 Rogerdale Ste 200
Houston, TX 77072-1660

Mobile Modular
5700 Las Positas Rd
Livermore, CA 94551-7806

National Fence Company
14802 Willis St
Houston, TX 77039-1026

New Nurseries Bingle, LLC
846 W. 27th Street
Houston, TX 77008-1706

Newton Nurseries
c/o CB and Y
1221 Lamar Street, 16th Floor
Houston, TX 77010-3039

Newton Nursery
846 W. 27th Street
Houston, TX 77008-1706

PBJ Specialties, LLC
19525 Wied Rd, Ste 550
Spring, TX 77388-7680

Pennie L. Dunlap
10006 Lazy Meadows Dr
Houston, TX 77064-4258

Receivable Mgmt Inc
107 W. Randol Mill Rd
Arlington, TX 76011-5889

Shell
P.O. Box 9001015
Louisville, KY 40290-1015

Silverleaf Resorts
P.O. Box 4327
Houston, TX 77210-4327

Sunstate Equipment Co, LLC
c/o Thomas Feldman & Wilshusen
9400 N. Central Expwy Ste 900
Dallas, TX 75231-5051

Texas Mutual Insurance co
6210 East Hwy 290
Austin, TX 78723-1098

United Site Services, Inc.
50 Washington St. Ste 1000
Westborough, MA 01581-1013

VR Electric
6904 Windfern Rd
Houston, TX 77040-4112

Verizon
455 Duke Dr
Franklin, TN 37067-2701

Volkswagen Credit, Inc
P.O. Box 3
Hillsboro, OR 97123-0003

Q Recycling & Construction Services, Inc.
7171 Hwy 6 N Ste 208
Houston, TX 77095-2422

Sam Zavary
21018 West Belfort
Richmond, TX 77406-1685

Sherwin Williams
2100 Lakeside Blvd #400
Richardson, TX 75082-4349

Sunstate Equipment Co
5552 East Washington
Phoenix, AZ 85034-2134

TDECU
1001 FM 2004
Lake Jackson, TX 77566-4027

Tradesmen International, Inc.
c/o Ingold Law
5555 Main St
Williamsville, NY 14221-5430

Upchurch Kimbrough Company
7401 Westview
Houston, TX 77055-5123

VR Electric
c/o Andrews Myers, PC
3900 Essex Lane Ste 800
Houston, TX 77027-5198

Verizon Wireless
P.O. Box 4011
Acworth, GA 30101-9011

Wells Fargo Home Mortgage
P.O. Box 14411
Des Moines, IA 50306-3411

Sam Zavary
21018 West Belfort
Richmond, TX 77406-1685

Sherwin Williams
Accounts Receivable Department
6501 Antoine Dr.
Houston, TX 77091-1203

Sunstate Equipment Co.
P.O. Box 52581
Phoenix, AZ 85072-2581

Texan Transportation, Inc.
P.O. Box 1123
Tomball, TX 77377-1123

US Trustee
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002-2604

Upchurch Kimbrough Company
c/o McCormick Lanza McNeel, LLP
4950 Bissonnet St
Bellaire, TX 77401-4037

VR Electric
c/o Thomas W. Myers
3900 Essex Lane Ste 800
Houston, TX 77027-5198

Victory Steal Erec
7022 Bayway Dr.
Baytown, TX 77520

Wells Fargo Home Mortgage
Written Correspondence Resolutions
MAC #2302-04E POB 10335
Des Moines, IA 50306

Whitestone Reit
2600 S. Gessner Road
Houston, TX 77063-3200

ZFAM Properties Katy Corporation
11011 Westbrae Parkway
Houston, TX 77031-3810

Allison D. Byman
Hughes Watters Askanase LLP
1201 Louisiana, Ste. 2800
Houston, TX 77002-5607

Whitestone Reit
Department #234
P.O. Box 4869
Houston, TX 77210-4869

ZFam Properties
c/o Hirsch & Westheimer
1415 Louisiana 36th Floor
Houston, TX 77002-7360

Donald L Wyatt
Law Offices of Donald L. Wyatt Jr PC
26418 Oak Ridge Rd
The Woodlands, TX 77380-1996

ZFam Properties Katy Corporation
11011 Westbrae Parkway
Houston, TX 77031-3810

eRenterPlan
P.O. Box 17478
Irvine, CA 92623-7478

Jeffrey Robert Kastendieck
One Waterway Ave #1341
Spring, TX 77380-3458